**FILED: 2/8/11**

**JS - 6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KOFI OBENG-AMPONSAH,** | **CASE NO. ED CV 09-96-GHK (JCx)** |
| **Plaintiff,** | |
| v. | **JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)** |
| **FINANCE AMERICA, LLC, et al.,** | |
| **Defendants.** | |

    Based on our December 21, 2009 and October 18, 2010 Orders, **IT IS HEREBY ADJUDGED** that all claims asserted against Defendants Chase Home Finance, LLC, Mortgage Electronic Registration Systems, Inc., erroneously sued as Mortgage Electronic Registered Systems, Inc., and U.S. Bank National Association, Trustee for Lehman Brothers Structured Asset Investment Loan Trust Sail 2005-5, erroneously sued as U.S. Bank National Association (Trustee for Lehman Brothers Structured Assets Investment Loan Trust Sail 2005-5) are **DISMISSED with prejudice**.

    Based on our December 14, 2010 Order dismissing Defendant Home Loan

Advisors, **IT IS HEREBY ADJUDGED** that all claims asserted against this defendant are **DISMISSED without prejudice**.

Based on our January 10, 2011 Order dismissing Defendant Lehman Brothers Structured Asset Investment Loan Trust Sail 2005-5, **IT IS HEREBY ADJUDGED** that all claims asserted against this defendant are **DISMISSED with prejudice**.

Based on our February 8, 2011 Order expressly determining that there is no just reason for delay, we direct entry of this judgment pursuant to Federal Rule of Civil Procedure 54(b).

**IT IS SO ORDERED**.

DATED: February 8, 2011

_____
GEORGE H. KING
United States District Judge